IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ANTHONY OLIVER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 5:21-cv-361 (MTT) |
| | ) |
| NEXSTAR BROADCASTING, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

Pro se Plaintiff Anthony Oliver moves for appointment of counsel. Doc. 5. Pursuant to 28 U.S.C. § 1915(e)(1), "[t]he court may request an attorney to represent any person unable to afford counsel." Nevertheless, "[a]ppointment of counsel in a civil case is not a constitutional right." *Wahl v. McIver*, 773 F.2d 1169, 1174 (11th Cir. 1985). Rather, "it is a privilege that is justified only by exceptional circumstances." *Id*. In deciding whether legal counsel should be provided, the Court considers, among other factors, the merits of Plaintiff's claim and the complexity of the issues presented. *Holt v. Ford*, 862 F.2d 850, 853 (11th Cir. 1989). Based on the information presented to the Court, Oliver's defamation and intentional infliction of emotional distress claims do not present "exceptional circumstances" that would warrant the appointment of counsel. Accordingly, Oliver's motion to appoint counsel (Doc. 5) is **DENIED**.

**SO ORDERED**, this 4th day of November, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT